IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ASERDA ALHERBI | § § |
| vs. | § § |
| PACCAR FINANCIAL CORP. d/b/a PACCAR LEASING COMPANY, JACKSON TRANSPORTATION SERVICES, INC., HYUNDAI MOTOR AMERICA, AND JUAN MERCADO | § § § § § § CIVIL ACTION NO. _____ |

**EXHIBIT B**
**INDEX OF STATE COURT DOCUMENTS**

CAUSE NO. 017-323588-21
ASERDA ALHERBI
v.
PACCAR FINACNIAL CORP. D/B/A PACCAR LEASING COMPANY, JACKSON TRANSPORTAION SERVICES, INC., HYUNDAI MOTOR AMERICA, JUAN MERCADO, AND HYUNDAI TRANSLEAD
In the 17th District Court
Tarrant County, Texas

| | STATE COURT DOCUMENTS | DATE |
|---|---|---|
| 1 | Plaintiff's Original Petition | 02-23-2021 |
| 2 | Request for Service – PACCAR Financial Corp. | 02-24-2021 |
| 3 | Request for E-Issuance – Juan Mercado | 02-24-2021 |
| 4 | Request for Service-Jackson Transportation Services, Inc. | 02-24-2021 |
| 5 | Request for Service – Hyundai Motor America | 02-24-2021 |
| 6 | Return of Service on Juan Mercado | 03-04-2021 |
| ~~7~~ | Defendant Jackson Transportation Services, Inc. and Juan Mercado's Original Answer and Request for Disclosure | 03-08-2021 |
| 8 | Defendant Jackson Transportation Services, Inc. and Juan Mercado's Request for Jury Trial | 03-08-2021 |
| 9 | Defendant PACCAR Financial Corp. D/B/A PACCAR Leasing Company's Original Answer and Request for Disclosure | 03-26-2021 |
| 10 | Plaintiff's Motion for Default Judgment Against Defendant Hyundai Motor America | 04-08-2021 |
| 11 | Plaintiff's Proposed Order on Motion for Default Judgment | 04-08-2021 |

| 12 | Plaintiff's Notice of Hearing on Plaintiff's Motion for Default Judgment | 04-13-2021 |
| --- | --- | --- |
| 13 | Letter to Court Clerk with Brett Timmons correct email address. | 04-28-2021 |
| 14 | Letter from David Montpas to Court Clerk requesting copy of case sheet | 04-29-2021 |
| 15 | Hyundai Motor America's Answer to Plaintiff's Original Petition | 04-29-2021 |
| 16 | Defendants' Proposed Scheduling Order | 05-14-2021 |
| 17 | Plaintiff's Proposed Scheduling Order | 05-14-2021 |
| 18 | Defendant PACCAR Financial Corp., Jackson Transportation Services, Inc., and Juan Mercado's Special Exceptions to Plaintiff's Original Petition | 06-11-2021 |
| 19 | Plaintiff's First Amended Petition | 06-11-2021 |
| 20 | Defendant PACCAR Financial Corp., Jackson Transportation Services, Inc., and Juan Mercado's Special Exceptions to Plaintiff's Amended Petition | 06-11-2021 |
| 21 | Request for Issuance of Citation to Hyundai Translead | 06-11-2021 |
| 22 | Notice of Hearing on Defendant's Special Exception to Plaintiff's Amended Petition | 06-15-2021 |
| 23 | Notice of Appearance of Additional Counsel and Change of Lead Counsel for Defendant, Hyundai Motor America | 07-15-2021 |
| 24 | Plaintiff's Notice of Nonsuit Without Prejudice as to Hyundai Motor America | 07-16-2021 |
| 25 | Plaintiff's Response to Defendants Special Exceptions | 07-16-2021 |
| 26 | Proposed Order Denying Defendants' Special Exceptions | 07-19-2021 |
| 27 | Defendants' Order Granting Motion for Summary Judgment | 07-19-2021 |
| 28 | Defendant PACCAR Financial Corp., Jackson Transportation Services, Inc., and Juan Mercado's Motion for Summary Judgment | 07-19-2021 |
| 29 | Notice of Hearing on Defendants' Motion for Summary Judgment | 07-21-2021 |
| 30 | First Amended Notice of Hearing on Defendants' Motion for Summary Judgment | 07-21-2021 |
| 31 | Plaintiff's Response to Defendants' Motion for Summary Judgment, and in the alternative, Plaintiff's Verified Motion for Continuance | 08-04-2021 |
| 32 | Return of Service on Hyundai Translead | 08-06-2021 |
| 33 | Defendant PACCAR Financial Corp., Jackson Transportation Services, Inc., and Juan Mercado's Reply in Support of Defendants Motion for Summary Judgment | 08-09-2021 |
| 34 | Hyundai Translead Original Answer and Special Appearance | 08-27-2021 |