## Case Information

## ASERDA ALHERBI VS. THE PACCAR FINANCIAL CORP

017-323588-21

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Tarrant Count - District Clerk | Civil - Injury or Damage | Motor Vehicle Accident | 2/23/2021 |

## Parties 8

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | ASERDA ALHERBI | ANDREW DAO |
| Defendant | THE HYUNDAI MOTOR AMERICA | |
| Defendant | THE HYUNDAI TRANSLEAD | Charlie Cilfone |
| Defendant | THE JACKSON TRANSPORTATION SERVICES INC | |
| Defendant | JUAN MERCADO | DAVID L SARGENT |
| Defendant | THE PACCAR FINANCIAL CORP | DAVID L SARGENT |
| Doing Business As | THE PACCAR LEASING COMPANY | |
| Doing Business As | THE PACCAR LEASING CORPORATION | |

## Events 34

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 2/23/2021 | Filing | Petition | Plaintiff's Original Petition | Alherbi - Plaintiff's Original Petition.pdf |
| 2/24/2021 | Filing | Request | Request for Service - PACCAR | 21.02.24 Service Request (PACCAR) - Alherbi Aserda.pdf |
| 2/24/2021 | Filing | Request | Request for E-Issuance - Mercado | 21.02.24 Service Request (Mercado) - Alherbi Aserda.pdf |
| 2/24/2021 | Filing | Request | Request for Service - Jackson | 21.02.24 Service Request (Jackson) - Alherbi Aserda.pdf |
| 2/24/2021 | Filing | Request | Request for Service - Hyundai | 21.02.24 Service Request (Hyundai) - Alherbi Aserda.pdf |
| 3/4/2021 | Filing | No Fee Documents | Return of Service P280086_002.pdf | P280086_002.pdf |
| 3/8/2021 | Filing | Answer/Response | Defendants Jackson Transportation Services, Inc. and Juan Mercado's Original Answer and Request for Disclosure | Defs' Original Answer & RFD.pdf |
| 3/8/2021 | Filing | Request | Defendants Jackson Transportation Services, Inc. and Juan Mercado's Request for Jury Trial | Defs' Jury Demand.pdf |
| 3/26/2021 | Filing | Answer/Response | Defendant PACCAR Financial Corp. d/b/a PACCAR Leasing Company's Original Answer and Request for Disclosure | PACCAR's Original Answer.pdf |
| 4/8/2021 | Filing | Motion (No Fee) | Plaintiff's Motion For Default Judgment Against Defendant Hyundai Motor America | 21.04.07 Motion for Default.pdf, Exh. A 21.02.23 Original Petition - Alherbi Aserda.pdf, Exh. B. 21.03.09 Return of Cervice Citation [Hyundai] - Alherbi Aserda.pdf |
| 4/8/2021 | Filing | Proposed Order | Plaintiff's Proposed Order on Motion for Default Judgment | 21.04.07 Proposed Order Mot for Default.pdf |
| 4/13/2021 | Filing | Notice | Plaintiff's Notice of Hearing | 21.04.13 Pltf Ntc of Oral Hearing re Pltf Default Judgment - Alherbi Aserda.pdf |
| 4/28/2021 | Filing | No Fee Documents | Ltr to Crt Clerk re BDT's new email address | Ltr to Crt Clerk advising of BDT's new email address.pdf |
| 4/29/2021 | Filing | No Fee Documents | DAVID MONTPAS' APRIL 29, 2021 CORRESPONDENCE REQUESTING COPY OF DOCKET/CASE SHEET | 04-29-2021 DRM Ltr to Tarrant County District Clerk.pdf |
| 4/29/2021 | Filing | Answer/Response | Hyundai Motor America's Answer to Plaintiff's Original Petition | HMA's Answer.pdf |

**EXHIBIT C**

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 5/14/2021 | Filing | Proposed Order | Defendants' Proposed Scheduling Order | ALHERBI - Defendants' Proposed Scheduling Order.pdf |
| 5/14/2021 | Filing | Proposed Order | Plaintiff's Proposed Scheduling Order | 21.05.14 Plaintiff's Proposed Scheduling Order - Alherbi.pdf |
| 6/11/2021 | Filing | No Fee Documents | Defendants PACCAR Financial Corp., Jackson Transportation Services, Inc. and Juan Mercado's Special Exceptions to Plaintiffs' Original Petition | Defs' Special Exceptions.pdf |
| 6/11/2021 | Filing | Amended Filing | PLAINTIFF?S FIRST AMENDED PETITION | 21.06.11 Amended Petition - Alherbi Aserda.pdf |
| 6/11/2021 | Filing | No Fee Documents | Defendants PACCAR Financial Corp., Jackson Transportation Services, Inc. and Juan Mercado's Special Exceptions to Plaintiffs' Amended Petition | Defs' Special Exceptions to Pltf's Amended Petition.pdf |
| 6/11/2021 | Filing | Request | Request for Issuance | 21.06.11 Req for Service - Alherbi Aserda.pdf |
| 6/15/2021 | Filing | Notice | Notice of Hearing | Notice of Hearing.pdf |
| 7/15/2021 | Filing | Notice | NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL AND CHANGE OF LEAD COUNSEL FOR DEFENDANT, HYUNDAI MOTOR AMERICA | 2021-07-15 Not of Add'l Counsel & Chg in Lead Counsel - KMY.pdf |
| 7/16/2021 | Filing | Notice | Plaintiff's Notice of Nonsuit Without Prejudice as to Hyundai Motor America | 21.07.16 Plaintiff's Notice of Nonsuit Without Prejudice as to Hyundai Motor America.pdf |
| 7/16/2021 | Filing | Motion (No Fee) | Plaintiffs' Response to Defendants' Special Exceptions | 21.07.16 Plaintiff's Response to Defendants' Special Exceptions.pdf |
| 7/19/2021 | Filing | Proposed Order | Order Denying Defendants' Special Exceptions | 21.07.19 Order Denying Defendants' Special Exceptions.pdf |
| 7/19/2021 | Filing | Proposed Order | Defendants' Order Granting Motion for Summary Judgment | Order Granting Defs' MSJ.pdf |
| 7/19/2021 | Filing | Motion (No Fee) | Defendants PACCAR Financial Corp., Jackson Transportation Services, Inc. and Juan Mercado's Motion for Summary Judgment | Defs' Motion for Summary Judgment.pdf |
| 7/21/2021 | Filing | Notice | Notice of Hearing on Defendants' MSJ | ALHERBI - Notice of Hearing on Defendants' MSJ.pdf |
| 7/21/2021 | Filing | Amended Filing | First Amended Notice of Hearing on Defendants' MSJ | ALHERBI - 1st Amended Notice of Hearing on Defendants' MSJ.pdf |
| 8/4/2021 | Filing | Answer/Response | Plaintiff's Response to Defendants' Motion for Summary Judgment, and In the Alternative, Plaintiff's Verified Motion for Continuance | Affidavit of Ajay Ketkar.pdf, Exhibit A.pdf, Exhibit B.pdf, Exhibit C.pdf, Exhibit D.pdf, Exhibit E.pdf, Exhibit F.pdf, Plaintiff's Response to Defendants' Motion for Summary Judgment and Verified Motion for Continuance.pdf, Proposed Order Denying Defendants' Motion for Summary Judgment.pdf, Proposed Order Granting Motion for Continuance.pdf |
| 8/6/2021 | Filing | No Fee Documents | Return of Service P283441_003.pdf | P283441_003.pdf |
| 8/9/2021 | Filing | Answer/Response | Defendants Paccar Financial Corp., Jackson Transportation Services, Inc. and Juan Mercado's Reply in Support of Defendants Motion for Summary Judgment | ALHERBI Reply Brief in Support of MSJ.pdf |
| 8/27/2021 | Filing | Answer/Response | Defendant Hyundai Translead's Special Appearance and Original Answer Subject Thereto | Hyundai Translead's Special Appearance and Original Answer.pdf |

**EXHIBIT C**