IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ASERDA ALHERBI | § § § | |
| vs. | § § | |
| PACCAR FINANCIAL CORP. d/b/a PACCAR LEASING COMPANY, JACKSON TRANSPORTATION SERVICES, INC., HYUNDAI MOTOR AMERICA, AND JUAN MERCADO | § § § § § § | CIVIL ACTION NO. _____ |

## EXHIBIT F
## HYUNDAI TRANSLEAD'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant Hyundai Translead provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock.

Hyundai Translead
c/o Charlie J. Cilfone, P.E.
Nik A. Mimari
Ruth G. Malinas
Ryan S. McDaniel
PLUNKETT GRIESENBECK & MIMARI, INC.
1635 N.E. Loop 410, Suite 900
San Antonio, TX 78209
Tel: 210-734-7092
Fax: 210-734-0379
Email: CJCilfone@pg-law.com
Email: nmimari@pg-law.com
Email: rmalinas@pg-law.com
Email: rmcdaniel@pg-law.com
**Defendant (wholly owned subsidiary of _Hyundai Motor Company_)**

Hyundai Motor Company (Korea Stock Exchange)

*(parent company of Hyundai Translead)*

Hyundai de Mexico, S.A. de C.V.
*(wholly owned subsidiary of Hyundai Translead)*

Hyundai Rio Vista, Inc.
*(wholly owned subsidiary of Hyundai Translead)*

A complete list of all persons, associations of persons, firms, partnerships, corporations, gurantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Aserda Alherbi
c/o Andrew Dao
Kyle Patrick Malone
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
adao@dalyblack.com
kmalone@dalyblack.com
ecfs@dalyblack.com (service)
and
Pegah Rahgozar
RAHGOZAR LAW FIRM, PLLC
2825 Wilcrest Dr., Suite 515
Houston, Texas 77042
prahgozar@rahgozarlaw.com
*Plaintiff*

Andrew Dao
Kyle Patrick Malone
DALY & BLACK, P.C.
2211 Norfolk St., Suite 800
Houston, Texas 77098
adao@dalyblack.com
kmalone@dalyblack.com
ecfs@dalyblack.com (service)
and
Pegah Rahgozar

RAHGOZAR LAW FIRM, PLLC
2825 Wilcrest Dr., Suite 515
Houston, Texas 77042
prahgozar@rahgozarlaw.com
***Attorneys for Plaintiffs***


PACCAR Financial Corp. D/B/A PACCAR Leasing Company
c/o David L. Sargent
Brett D. Timmons
SARGENT LAW, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
David.sargent@sargentlawtx.com
Brett.timmons@sargentlawtx.com
***Defendant***


Jackson Transportation Services, Inc.
c/o David L. Sargent
SARGENT LAW, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
David.sargent@sargentlawtx.com
***Defendant***


Juan Mercado
c/o David L. Sargent
SARGENT LAW, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
David.sargent@sargentlawtx.com
***Defendant***


AIG Property Casualty
(***Insurance carrier for Defendant Hyundai Translead***)

Respectfully submitted,

**PLUNKETT, GRIESENBECK & MIMARI, INC.**
1635 N. E. Loop 410, Suite 900
San Antonio, Texas 78209
Telephone: (210) 734-7092
Facsimile: (210) 734-0379
E-mail: CJCilfone@pg-law.com
E-mail: nmimari@pg-law.com
E-mail: rmalinas@pg-law.com
E-mail: rmcdaniel@pg-law.com

_____
**CHARLIE J. CILFONE, P.E.**
State Bar No. 04251200
**NIK A. MIMARI**
State Bar No. 24013169
**RUTH G. MALINAS**
Texas Bar No. 08399350
**RYAN S. MCDANIEL**
State Bar No. 24104879
*Attorneys for Defendant Hyundai Translead*