

# Texas Department of Transportation

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Wed, 23 June 2021

STATE OF TEXAS          §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Tue, 01 September 2020, which occurred in Tarrant County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.



Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457

OUR VALUES:  *People • Accountability • Trust • Honesty*
OUR MISSION:  *Connecting You With Texas*

An Equal Opportunity Employer

**EXHIBIT G**

| ☐ FATAL | ☐ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | Total Num. Units 2 | Total Num. Prsns. 2 | TxDOT Crash ID 17848534.1 /2020345511 |

Case 4:21-cv-01022-O Document 1-7 Filed 09/02/21 PageID 190

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 2

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) 09/01/2020 | *Crash Time (24HRMM) 1858 | Case ID 20SP069999 | Local Use Dist 1 |

| *County Name TARRANT | *City Name SOUTHLAKE | ☐ Outside City Limit |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) 32*9616165 | Longitude — (decimal degrees) 097*150222

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. SH | *Hwy. Num. 114 | 2 Rdwy. Part 1 | Block Num. 2800 | 3 Street Prefix E | *Street Name Northwest | 4 Street Suffix HWY |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | ☐ Toll Road/ Toll Lane | Speed Limit 65 | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. Main roadway

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. FM | Hwy. Num. 1709 | 2. Rdwy. Part 1 | Block Num. 3200 | 3 Street Prefix E | Street Name Southlake | 4 Street Suffix BLVD

Distance from Int. or Ref. Marker 500 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker E | Reference Marker | Street Desc. Main roadway | RRX Num.

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. LVF2207 | VIN 19UDE2F7 7GA01374 |

| Veh. Year 2016 | 6. Veh. Color WHI | Veh. Make ACURA | Veh. Model ILX | 7 Body Style P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 38767842 | 9 DL Class C | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 12/12/1974 |

Address (Street, City, State, ZIP) 202 QUAIL RUN LN ARLINGTON, TX 76002

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | ALHERI, ASERDA | A | 25 | A | 1 | 1 | 5 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address ALHERI, ASERDA, 202 QUAIL RUN TRL ARLINGTON, TX 76002

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name GEICO - GOVERNMENT EMPLOYEES INS. CO. | Fin. Resp. Num. 4529680979

Fin. Resp. Phone Num. (800) 841-3000 | 27 Vehicle Damage Rating 1 10-L | 27 Vehicle Damage Rating 2 2-LFQ-2 | Vehicle Inventoried ☐ Yes ☒ No

Towed By Euless B&B Wrecker | Towed To 1201 W Euless Blvd., Euless, TX 76040

| Unit Num. 2 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. r446770 | VIN 1XPBDP9X9GD 4443535 |

| Veh. Year 2016 | 6. Veh. Color WHI | Veh. Make PETERBILT | Veh. Model 579 | 7 Body Style TR | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 8 DL/ID Type 1 | DL/ID State TX | DL/ID Num. 19041651 | 9 DL Class A | 10 CDL End. 96 | 11 DL Rest. 96 | DOB (MM/DD/YYYY) 02/06/1978 |

Address (Street, City, State, ZIP) 3300 CLAYMORE DR PLANO, TX

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | MERCADO, JUAN | N | 42 | H | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee | Owner/Lessee Name & Address PACCAR LEASING COMPANY, 10620 N STEMMONS FWY DALLAS, TX 75220

Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name CENTRAL MUTUAL/ALL AMERICAN INS. CO. | Fin. Resp. Num. CLP957423618

Fin. Resp. Phone Num. (888) 263-2924 | 27 Vehicle Damage Rating 1 4-RD-2 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No

Towed By NOT TOWED | Towed To DRIVEN AWAY

**EXHIBIT G**

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 20SP069999 | TxDOT Crash ID | 17848534.1/2020345511 |
|---|---|---|---|

Case 4:21-cv-01022-O Document 1-7   Case 3 of 3   PageID 200

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | Baylor, Scott & White, Grapevine | Southlake Medic 401 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

| Unit Num. | 2 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☒ No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00301140 | |
|---|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | JACKSON TRANSPORTATION SERVICES | Carrier's Primary Addr. | 400 N CARROLL BLVD DENTON, TX 76099 | | | | 30 Veh. Type 7 |
|---|---|---|---|---|---|---|---|

| 31 Bus Type 0 | ☒ RGVW ☐ GVWR | 1 7 6 4 6 | HazMat Released ☐ Yes ☒ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 98 |
|---|---|---|---|---|---|---|---|---|

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 20 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |
|---|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 98 | | | | 1 | 1 | 3 | 3 | 1 | 2 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

In the 2800 block of East Hwy 114 east bound, Unit 1 lost control due to the roadway being wet and struck the guard rail. Unit 1 began to fishtail and struck Unit 2. Unit 1 was stuck partial under Unit 2 and had severe damage. Unit 1 driver was taken to Baylor Grapevine with unknown injuries. Unit 1 was towed away from the scene by B&B Wrecker. Unit 2 was able to be driven away with minor damage to the underneath part of the semi.

Field Diagram - Not to Scale



Copy from Custodial File

## INVESTIGATOR

| Time Notified (24HR:MM) 1 6 5 9 | How Notified Dispatched | Time Arrived (24HRMM) 1 7 0 1 | Report Date (MM/DD/YYYY) 09/05/2020 | |
|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) Lockwood, n | | | ID Num. 1927 |
| ORI Num. T X 2 2 0 3 2 0 0 | *Agency SOUTHLAKE POLICE DEPARTMENT | | | Service/ Region/DA 0 1 |

EXHIBIT G