# Charlie J. Cilfone

**From:** Brett Timmons <Brett.Timmons@sargentlawtx.com>
**Sent:** Wednesday, August 11, 2021 3:25 PM
**To:** Charlie J. Cilfone
**Subject:** RE: Alherbi V Paccar,Mercado,Hyundai etal   my file 5802-347

[REDACTED]

Therefore, we officially consent to the removal of the case. Let me know if you want to discuss.

Thank you.


**Brett Timmons**
Senior Counsel
Sargent Law, P.C.
1717 Main Street, Suite 4750
Dallas, TX 75201
214-749-6908 direct dial
214-749-6708 direct fax
Brett.Timmons@sargentlawtx.com

Sargent Law Disclaimer. This message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above. If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient is strictly prohibited. If you received this communication in error, please do not read it. Please immediately reply to the sender that you have received this communication in error and delete this communication from your computer. Thank you.

IRS Circular 230 Disclosure. To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Charlie J. Cilfone <cjcilfone@pg-law.com>
**Sent:** Tuesday, July 27, 2021 9:57 AM
**To:** Brett Timmons <Brett.Timmons@sargentlawtx.com>
**Cc:** Debbie Yeager <Debbie.Yeager@sargentlawtx.com>; Linda Cortez <lcortez@pg-law.com>; Gregg Punger <gpunger@pg-law.com>; Charlie J. Cilfone <cjcilfone@pg-law.com>
**Subject:** RE: Alherbi V Paccar,Mercado,Hyundai etal my file 5802-347

[REDACTED]

1
**EXHIBIT H**